# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RAYMOND SERIO, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 16-cv-763-RJD |
| PAM WESTERMAN, et al, | ) |
| Defendants. | ) |

## ORDER

**DALY, Magistrate Judge:**

The parties have advised that this action is settled in its entirety, but that additional time is needed to finalize the settlement documents. Accordingly, the undersigned hereby directs the Clerk of Court, 90 days after entry of this Order, to enter judgment of dismissal with prejudice. Each party shall bear its own costs, unless otherwise provided in the settlement documents. If the parties fail to finalize the settlement within the 90-day period, they may -- before that period expires -- move to postpone entry of judgment to a later date. Further, in light of the parties' settlement, the Court **DENIES AS MOOT** all pending motions and **VACATES** all deadlines and hearings.

**IT IS SO ORDERED.**

**DATED:** November 13, 2019

*s/ Reona J. Daly*
**HON. REONA J. DALY**
**UNITED STATES MAGISTRATE JUDGE**